UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-61674-WILLIAMS/VALLE

JORGE LUIS RODRIGUEZ,

      Plaintiff,

vs.

ALLSTATE ENTERPRISES, INC.,

      Defendants.

_____/

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Jorge Luis Rodriguez, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)      Jorge Luis Rodriguez – Plaintiff;

    b)      Brian H. Pollock, Esq. – counsel for Plaintiff;

    c)      Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

    d)      Allstate Enterprises, Inc – Defendant;

    e)      Robert D. Soloff, Esq. – counsel for Defendants;

    f)      Robert D. Soloff, P.A. – counsel for Defendants.

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known to Plaintiff.

1

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

   None known to Plaintiff.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

   Jorge Luis Rodriguez.

5. **Check one of the following:**

   _X_  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

   **-or-**

   ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)


   Dated this 4th day of October 2021.

   Respectfully submitted,

   Brian H. Pollock, Esq.
   Brian H. Pollock, Esq.  (174742)
   brian@fairlawattorney.com
   FAIRLAW FIRM
   135 San Lorenzo Ave.
   Suite 770
   Coral Gables, FL 33146
   Tel:    305.230.4884
   *Counsel for Plaintiff*

2